489 A.2d 195

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Louis KRIPPLEBAUER.**

Supreme Court of Pennsylvania.

Argued March 4, 1985.

Decided March 29, 1985.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for appellant.

Michael J. Healey, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed, 322 Pa.Super. 317, 469 A.2d 639, as having been improvidently granted.

LARSEN, J., dissents.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the appeal be, and the same is, hereby dismissed as having been improvidently granted.